United States District Court

Eastern District of California

Terrell O'Neal,

    Plaintiff,                                  No. Civ. S 05-0326 GEB PAN P

  vs.                                              Order

Radu Mischiu, et al.,

    Defendants.

-oOo-

Plaintiff, a prisoner without counsel, seeks to commence a civil rights action. March 9, 2005, the court informed plaintiff this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff did not respond. Accordingly, this file is closed.

So ordered.

Dated: June 2, 2005.

                                          /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge